Included are three separate motions, two in response to the order by the court regarding my pro-se representation and one new one properly requesting the use of the ECF filing system.



OCT 27 2025

RECEIVED

**UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA**

**CIRCUIT**

**No. 23-3162**

**(Consolidated with 23-3159)**

**UNITED STATES OF AMERICA,**

**Appellee,**

**v.**

**ZACHARY REHL,**

**Appellant.**

### MOTION TO PROCEED PRO SE (with redactions)

I, Zachary Rehl, the Appellant in this case, respectfully move to proceed pro se, without the assistance of counsel, in this appeal.

I am currently represented by Norman A. Pattis, but I wish to terminate that representation and represent myself. I understand that I have the right to counsel but voluntarily choose to waive that right.

I affirm that this decision is made knowingly and intelligently, and I am aware of the complexities of appellate proceedings.

Contact information:

Address: **[REDACTED]**

Phone: **[REDACTED]**

Email: zachwrehl@gmail.com

**Dated: 8/8/2025 (Original Filing Date)**

Respectfully submitted,

/s/ Zachary Rehl

Pro Se

**Certificate of Service**

I hereby certify that on October 20th, 2025, a copy of the foregoing was mailed to

then be filed electronically with the ECF system. Notice of this filing will be

emailed to all parties by operation of the Court's electronic filing system. Parties

may access this filing through the Court's system.

/s/ Zachary Rehl