# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3159**                                          **September Term, 2025**

**1:21-cr-00175-TJK-1**
**1:21-cr-00175-TJK-2**
**1:21-cr-00175-TJK-3**
**1:21-cr-00175-TJK-6**

**Filed On:** December 23, 2025

United States of America,

       Appellee

      v.

Ethan Nordean, also known as Rufio
Panman,

       Appellant

-----------------------------

Consolidated with 23-3160, 23-3161, 23-3162

**BEFORE:**     Rao, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to proceed pro se filed in No. 23-3162, the court's October 8, 2025 order, and the response thereto; and the motion to remand the case filed in No. 23-3162, the supplement thereto, the opposition to the motion to remand the case, and the reply, it is

**ORDERED** that the motion to proceed pro se be granted.  It is

**FURTHER ORDERED** that the motion to remand the case be denied.  This order is without prejudice to appellant filing in district court a motion for a new trial, requesting an indicative ruling, and renewing his motion to remand if the district court indicates that it is inclined to grant the motion for a new trial.  See Fed. R. Crim. P. 37; Fed. R. App. P. 12.1; see also D.C. Circuit Handbook of Practice and Internal Procedures 35–36 (2025).  It is

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3159**                                              **September Term, 2025**

   **FURTHER ORDERED**, on the court's own motion, that the following briefing schedule and format, which retains the deadlines from the court's November 14, 2025 order, will now apply in these consolidated cases:

| | |
|---|---|
| Joint Brief for Appellants (not to exceed 40,000 words) | February 12, 2026 |
| Appendix | February 12, 2026 |
| Appellee's Brief (not to exceed 40,000 words) | August 11, 2026 |
| Joint Reply Brief for Appellants (not to exceed 20,000 words) | November 9, 2026 |

**Per Curiam**

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                          BY:    /s/
                                 Emily Campbell
                                 Deputy Clerk