**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 23-3159** |
| **PLAINTIFF** | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **ETHAN NORDEAN, ET AL** | ) | |
| **DEFENDANTS** | ) | **JANUARY 23, 2026** |

**CONSENT MOTION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)(2) AND LOCAL RULE 42**

The Appellant, **JOSEPH R. BIGGS**, through undersigned counsel, Norman A. Pattis, respectfully moves this Court to dismiss his appeal under Fed. R. App. 42(b)(2) and Local Rule 42; and provides the following in support:

The government conveyed in an email on January 15, 2026, that it has no objection to Mr. Biggs filing this Motion to Dismiss under Fed. R. App. P. 42(b).

Mr. Biggs filed a timely appeal of an 18 U.S.C. § 2255 decision by the district court.

The undersigned has been involved with coordinating the Appellant's Brief and Joint Appendix, both of which are due on February 12, 2026.

Undersigned counsel for Mr. Biggs had the opportunity to discuss the consequences of voluntary dismissal. Mr. Biggs attests in the attached affidavit that he is fully aware of the circumstances of his case. Given the President's

commutation issued to Mr. Biggs on January 20, 2025, he wishes to voluntarily dismiss his appeal since this Court has no further relief it may afford to him under his § 2255 appeal.

## CONCLUSION

WHEREFORE, appellant Joseph R. Biggs respectfully requests that the Court dismiss the appeal.

January 23, 2026

RESPECTFULLY SUBMITTED,

***/s/ Norman A. Pattis, Esq.***

Norman A. Pattis, Esq.
Pattis & Paz, LLC
171 Orange St., 2nd Floor
New Haven, CT 06511
Telephone: 203-393-3017
Fax: 203-393-9745
Email: npattis@pattispazlaw.com

## CERTIFICATE OF COMPLIANCE

1. I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. (27)(d)(2)(A) of the Federal Rules of Appellate Procedure. As measured by the undersigned's word processing system used to prepare this motion, this motion contains 406 words.

2. This document complies with the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in 14 point proportionally spaced roman style typeface (Times New Roman).

January 23, 2026

***/s/ Norman A. Pattis, Esq.***
Norman A. Pattis
Appellant's Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

January 23, 2026

***/s/ Norman A. Pattis, Esq.***
Norman A. Pattis
Appellant's Counsel