# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3159**  **September Term, 2025**

1:21-cr-00175-TJK-2
1:21-cr-00175-TJK-1
1:21-cr-00175-TJK-6
1:21-cr-00175-TJK-3

**Filed On: February 9, 2026** [2158272]

United States of America,

    Appellee

    v.

Ethan Nordean, also known as Rufio Panman,

    Appellant

------------------------------

Consolidated with 23-3160, 23-3161, 23-3162

# O R D E R

Upon consideration of appellant Biggs's consent motion to dismiss appeal, and appellants' consent motion for extension of time and to waive paper copies of the appendix, it is

**ORDERED** that consideration of the motion to dismiss appeal No. 23-3161 be deferred pending receipt of a revised affidavit from the appellant that complies with all of the requirements of D.C. Circuit Rule 42.  It is

**FURTHER ORDERED** that the motion to waive paper copies of the appendix be referred to the merits panel to which this case is assigned.  The parties will be informed of the number of paper copies, if any, to be filed at a later date after assignment of a merits panel.  It is

**FURTHER ORDERED** that the motion for extension of time be granted.  The following briefing schedule will now apply in these consolidated cases:

    Joint Brief for Appellants                    April 13, 2026

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-3159** | **September Term, 2025** |

| | |
|---|---|
| Appendix | April 13, 2026 |
| Appellee's Brief | October 13, 2026 |
| Joint Reply Brief for Appellants | January 11, 2027 |

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
       Catherine J. Lavender
       Deputy Clerk