# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3159**                                      **September Term, 2025**

**1:21-cr-00175-TJK-2**
**1:21-cr-00175-TJK-1**
**1:21-cr-00175-TJK-6**
**1:21-cr-00175-TJK-3**

**Filed On: March 30, 2026** [2166151]

United States of America,

       Appellee

    v.

Ethan Nordean, also known as Rufio Panman,

       Appellant

-----------------------------

Consolidated with 23-3160, 23-3161, 23-3162

## O R D E R

Upon consideration of appellant Biggs's renewed consent motion to dismiss appeal No. 23-3161, it is

**ORDERED** that consideration of the motion be deferred pending receipt of a revised affidavit from the appellant that complies with all of the requirements of D.C. Circuit Rule 42.  Appellant's current affidavit does not "recite the appellant's satisfaction with the services of counsel."

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:   /s/
          Catherine J. Lavender
          Deputy Clerk