# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3159**

**September Term, 2025**

**1:21-cr-00175-TJK-2**
**1:21-cr-00175-TJK-1**
**1:21-cr-00175-TJK-6**
**1:21-cr-00175-TJK-3**

**Filed On: April 6, 2026** [2167217]

United States of America,

      Appellee

   v.

Ethan Nordean, also known as Rufio
Panman,

      Appellant

----------------------------

Consolidated with 23-3160, 23-3161,
23-3162

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on February 9, 2026 be suspended pending further order of the court.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

               BY:    /s/
                              Catherine J. Lavender
                              Deputy Clerk